IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RAYMOND K. NGAN, A/K/A YI KENH NGAN, A/K/A YI KHIANG NGAN, A/K/A YI KHEANG NGAN, A/K/A YI KANH NGAN, A/K/A YIKANH NGAN; NGAN VENTURES LIMITED, A FOREIGN ENTITY CONDUCTING BUSINESS IN NEVADA; AND PI GLOBAL HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Appellants,<br>vs.<br>FIRST 100, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND 1ST ONE HUNDRED HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br><br>Respondents. | No. 72224<br><br>**FILED**<br><br>AUG 1 0 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY:<br>DEPUTY CLERK<br> |

## *ORDER DISMISSING APPEAL*

This is an appeal from an order setting aside a default and awarding fees and costs as a sanction for causing the default. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

On June 27, 2017, this court entered an order directing appellant Raymond K. Ngan, within 11 days, to either retain new counsel and cause counsel to file a notice of appearance in this court, or to inform this court that he wishes to proceed in pro se. We directed appellants Ngan Ventures Limited and Pi Global Holdings, LLC, within 11 days, to retain counsel and cause counsel to file a notice of appearance in this court. *See State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999) (noting that "business entities are not permitted to appear, or file documents, in proper person"); *Salman v. Newell*, 110 Nev. 1333, 1336, 885

17-26810

P.2d 607, 608 (1994) (observing that no statute or rule permits a non-lawyer to represent an entity and concluding that an entity cannot proceed in proper person); *Sunde v. Contel of California*, 112 Nev. 541, 542-43, 915 P.2d 298, 299 (1996) (explaining that non-lawyers may not represent entities in court).

We cautioned appellants that failure to comply with our order could result in this appeal being dismissed. To date, appellants have failed to respond to our order or otherwise communicate with this court; accordingly, we conclude that appellants have abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kenneth C. Cory, District Judge
   Israel Kunin, Settlement Judge
   Raymond K. Ngan
   Ngan Ventures Limited
   Pi Global Holdings, LLC
   Maier Gutierrez & Associates
   Eighth District Court Clerk